| | |
|---|---|
| JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney<br>JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909<br>Assistant United States Attorney | *ORDER E-FILED 4/1/2009* |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIMIN YANG,<br>YUANFENG BI,<br><br>    Plaintiffs,<br><br>    v.<br><br>JANET NAPOLITANO, Secretary of the<br>Department of Homeland Security; et al.,<br><br>    Defendants. | No. C 09-0568 HRL<br><br>**STIPULATION TO DISMISS AND**<br>**[XXXXXXX] PROPOSED ORDER** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiffs and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

///

///

///

Stipulation to Dismiss
C 09-0568 HRL                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 31, 2009                                  Respectfully submitted,

3                                                         JOSEPH P. RUSSONIELLO
                                                          United States Attorney

4

5

6                                                         _____/s/_____
                                                          ILA C. DEISS[1]
                                                          Assistant United States Attorney
7                                                         Attorney for Defendants

8

9  Dated: March 30, 2009                                  _____/s/_____
                                                          JAMES CAI
10                                                        Attorney for Plaintiffs

11

12

13                                         **ORDER**

14   Pursuant to stipulation, IT IS SO ORDERED.

15

16  Date:    April 1, 2009                                _____
                                                          HOWARD R. LLOYD
                                                          United States Magistrate Judge
17

...

27   [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

28

Stipulation to Dismiss
C 09-0568 HRL                                          2